IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MONICA O. LORD NWEVO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3:08-CV-0587-D |
| | § | |
| CITY OF AUSTIN GANGS | § | |
| | § | |
| Defendant. | § | |

**ORDER**

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court.

**SO ORDERED**.

May 13, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE